IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILMER B. GAY** | : | **CIVIL ACTION** |
| v. | : | |
| **ROBERT D. SHANNON,** | : | |
| **SUPERINTENDENT AT SCI-MAHANOY,** | : | |
| **et al**. | : | **NO. 02-4693** |

**O R D E R**

AND NOW, this         day of July, 2002, plaintiff having failed to submit a certified copy of his inmate trust fund account statement for the six-month period preceding the receipt of his complaint in this Court on July 15, 2002, as required by 28 U.S.C. § 1915(a),[1] it is hereby ORDERED that:

1.   Plaintiff's motion to proceed in forma pauperis is DENIED without prejudice; and

2.   The Clerk shall CLOSE this case statistically.

**BY THE COURT:**


**NORMA L. SHAPIRO, J.**

---

1. Plaintiff must get a certified account statement from any prison in which he was incarcerated during the six-month period from January 15, 2002 to July 15, 2002. To give plaintiff a clear picture of what the law requires, we attach an outline of filing information.