IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILMER B. GAY,** *pro se* | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| **ROBERT SHANNON,** Superintendent of the State Correctional Institution at Mahanoy; **VINCENT MOONEY,** Captain of the State Correctional Institution at Mahanoy; and **MARY CANINO,** Examiner of the State Correctional Institution at Graterford | : NO. 02-4693 |

## ORDER

    AND NOW, this 6th day of December, 2002, upon consideration of the Motion for a More Definite Statement of Commonwealth Defendants Shannon, Mooney and Canino (Paper #10); plaintiff's Motion to Strike Defendants Motion for More Definite Statement of Commonwealth Defendants Shannon, Mooney and Camino Dated October 18, 2002 as a Sham (Paper #13); plaintiff's Motion for Disqualification of Attorney General's Office and Strike Appearance of Said Office From Representing Abovenamed Defendants Municipal Employees Due to an Actual Conflict of Interest or Strong Appearance of Such Conflict in Particular Case Matter (See DR 4-101; DR 5-105 & DR 9-101) Where Instant Record Reveals Crimes, Actual Fraud, Actual Malice and Willful Misconduct Being Ongoingly Perpetrated by Said Defendants in the Execution of Their Duties in Public Office Within the Meaning of 42 PA.C.S.A. § 8550 to Which Attorney General Has a 71 P.S. § 732-205 Duty to Prosecute Same and For a Determination by This Honorable Court as to Whether Defendants Acts Come Within the Purview of 42 PA.C.S.A. § 8550 (Paper # 11) ("Motion to Disqualify"); the Response of Commonwealth Defendants Shannon, Mooney and Canino to Plaintiff's Motion for Disqualification of Attorney General From Representing Commonwealth Defendants (Paper #12); and, plaintiff's Motion to Strike Defendants' Response of Commonwealth Defendants Shannon, Mooney and Camino to Plaintiff's Motion for Disqualification of Attorney General From Representing Commonwealth Defendants as a Sham and For Attempting to

Maliciously Perpetrate Fraud on the Court Thereto (Paper #14), and in accordance with the attached Memorandum, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Disqualify (Paper # 11) is **DENIED.**

2. Plaintiff's Motion to Strike Defendants' Response of Commonwealth Defendants Shannon, Mooney and Camino to Plaintiff's Motion for Disqualification of Attorney General From Representing Commonwealth Defendants as a Sham and For Attempting to Maliciously Perpetrate Fraud on the Court Thereto (Paper #14) is **DENIED.**

3. The Motion for a More Definite Statement of Commonwealth Defendants Shannon, Mooney and Canino (Paper #10) is **GRANTED**; plaintiff shall comply with Federal Rule of Civil Procedure 8 by filing an amended complaint of **no more than 25 pages in length with claims specific to each named defendant within thirty (30) days or the action will be dismissed.**

4. Plaintiff's Motion to Strike Defendants Motion for More Definite Statement of Commonwealth Defendants Shannon, Mooney and Camino Dated October 18, 2002 as a Sham (Paper #13) is **DENIED.**

5. The clerk's office is directed to amend the caption in this action to reflect the correct spelling of the name of defendant **MARY CANINO.**

_____<br>S.J.