IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILMER B. GAY

        02-4693
        District Court Docket Number

vs.

ROBERT D. SHANNON, SUPT ET AL

Notice of Appeal Filed 12/19/02
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal __ Paid  _X_ Not Paid   __ Seaman
    Docket Fee        __ Paid  _X_ Not Paid   __ USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
_X_ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
__ Pending

Defendant's Address (for criminal appeals)

Prepared by :_____
        GEORGE E. MILLER  12/20/02
        Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm