IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILMER B. GAY                          :          CIVIL ACTION
                                       :
            v.                         :
                                       :
ROBERT D. SHANNON, et al.              :          NO.  02-4693

## ORDER

AND NOW, this            day of January, 2003, upon consideration of

plaintiff's "Motion for Leave to Proceed In Forma Pauperis on Appeal to the Third Circuit Court

of Appeals" and plaintiff's "Motion for Stay of Proceedings Pending Disposition of Appeal to

Third Circuit Court on Motion for Disqualification of Attorney General's Office, it appearing that

counsel for defendants does not oppose these motions, it is **ORDERED** that plaintiff's motions

(Papers No. 16 and 17) are **GRANTED** as unopposed.

_____
                                                                    S.J.