IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILMER B. GAY,** *pro se* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **ROBERT SHANNON,** Superintendent of | : | |
| the State Correctional Institution at | : | |
| Mahanoy; **VINCENT MOONEY,** Captain of the | : | |
| State Correctional Institution at Mahanoy, | : | |
| **MARY CANINO,** Examiner of the State | : | |
| Correctional Institution at Graterford, | : | |
| **JEFFREY A. BEARD, THOMAS L. JAMES,** | : | |
| **ROBERT S. BITNER, OFFFICER McCUSKER,** | : | |
| **DERRICK WADE, DONALD T. VAUGHN,** | : | |
| **BERNIE CUDWODIE, ANTHONY L. PETRUCCIA,** | : | |
| **EDGAR M. KNEISS, CAROL DOTTER, SGT. MEYERS,** | : | |
| **LT. BRENNAN,** and **WILLIAM FULMER** | : | NO. 02-4693 |

<u>ORDER</u>

**AND NOW,** this 3rd day of November, 2003, upon consideration of plaintiff's Motion for Reconsideration of Court's Order of August 22, 2003 (Paper #34), and defendants' response thereto (Paper #38), it is hereby **ORDERED**:

The Motion for Reconsideration of the Court's Order of August 22, 2003 is **DENIED.**

_____
Norma L. Shapiro, S.J.