IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILMER B. GAY,** *pro se* | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| **ROBERT SHANNON,** Superintendent of | : |
| the State Correctional Institution at | : |
| Mahanoy; **VINCENT MOONEY,** Captain of the | : |
| State Correctional Institution at Mahanoy, | : |
| **MARY CANINO,** Examiner of the State | : |
| Correctional Institution at Graterford, | : |
| **JEFFREY A. BEARD, THOMAS L. JAMES,** | : |
| **ROBERT S. BITNER, OFFFICER McCUSKER,** | : |
| **DERRICK WADE, DONALD T. VAUGHN,** | : |
| **BERNIE CUDWODIE, ANTHONY L. PETRUCCIA,** | : |
| **EDGAR M. KNEISS, CAROL DOTTER, SGT. MEYERS,** | : |
| **LT. BRENNAN, and WILLIAM FULMER** | : NO. 02-4693 |

<u>ORDER</u>

**AND NOW,** this 3rd day of November, 2003, upon consideration of plaintiff's Motion for Clarification of Court's Order of April 2, 2003 (Paper #37), and defendants' response thereto (Paper #39), and it appearing that:

a) the Court's order of April 1, 2003 (Paper #27) granted plaintiff's motion to have the first amended complaint copied and served by the United States Marshal Service on Defendant William Fulmer;

b) the Marshall never having received notice to serve the First Amended Complaint on defendant William Fulmer;

It is hereby **ORDERED:**

The United States Marshal Service is directed to copy and serve the first amended complaint on defendant William Fulmer in accordance with Fed. R. Civ. P. 4.

_____
Norma L. Shapiro, S.J.