IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al. | : | NO. 02-4693 |

## **ORDER**

AND NOW, this            day of December, 2003, it appearing that a "Notice of Plaintiff's Intent to Oppose Defendants' Motion to Dismiss Dated November 26, 2003, has been filed, and that plaintiff is requesting an extension of time within which to respond to defendants' motion, it is **ORDERED** that plaintiff shall file and serve a response to defendants' motion to dismiss on or before **JANUARY 15, 2004**.

_____
J.