IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al. | : | NO. 02-4693 |

## ORDER

AND NOW, this         day of March, 2004, it is **ORDERED** that in accordance with this court's Order of November 3, 2003, it is **ORDERED** that plaintiff's motion for clarification (paper no. 37), is **GRANTED**.

_____
J.