IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
|     Defendants | : | |

## **ORDER**

AND NOW, this     day of            , 2005, upon consideration of the Motion of Commonwealth defendant, Major Mooney, for Authorization to Depose Plaintiff, it is hereby ORDERED that said motion is GRANTED. Movant shall depose plaintiff in person, telephonically, or by video deposition, at a State Correctional Institution.

                                                                       BY THE COURT

                                                         _____

                                                        NORMA L. SHAPIRO,     S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
|     Defendants | : | |

## MOTION OF DEFENDANT MOONEY FOR AUTHORIZATION TO DEPOSE PLAINTIFF

Commonwealth defendant, Major Mooney, pursuant to Fed.R.Civ.P. 30(a)(2), moves to depose plaintiff, incorporates the attached memorandum of law, and states:

1. Fed.R.Civ.P. 30(a)(2) provides for deposition of a prisoner only upon leave of court.

2. It will be helpful to depose plaintiff in preparation for summary judgment and/or trial.

WHEREFORE, movant respectfully requests authorization to depose plaintiff, as noted in the proposed order.

                                                THOMAS W. CORBETT, JR.
                                                ATTORNEY GENERAL

BY:  /s/ Patrick J. McMonagle
       Patrick J. McMonagle
       Deputy Attorney General
       Identification No. 83890

Office of Attorney General            Susan J. Forney
21 S. 12th Street, 3rd Floor            Chief Deputy Attorney General
Philadelphia, PA 19107-3603         Chief, Litigation Section
Telephone No. (215) 560-2933

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
|     Defendants | : | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION OF COMMONWEALTH DEFENDANT FOR AUTHORIZATION TO DEPOSE PLAINTIFF**

Plaintiff is an inmate at the State Correctional Institution at Huntingdon. Fed.R.Civ.P. 30(a)(2) states that "[a] party must obtain leave of court, which shall be granted to the extent consistent with the principles stated in Rule 26(b)(2), if the person to be examined is confined in prison..." In light of plaintiff's allegations, a deposition of plaintiff will be helpful for summary judgment and/or trial preparation concerning his claims pursuant to 42 U.S.C. § 1983. Therefore, defendant corrections official requests authorization to depose plaintiff, as set forth in the proposed order.

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL

BY: /s/ Patrick J. McMonagle
    Patrick J. McMonagle
    Deputy Attorney General
    Identification No. 83890

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603
Telephone No. (215) 560-2933

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

I, Patrick J. McMonagle, Deputy Attorney General, hereby certify that a true and correct copy of the Commonwealth Defendant's Motion to for Authorization to Depose Plaintiff was filed electronically and is available for viewing and downloading from the ECF system as of March 11, 2005. I further certify that a true and correct copy of said document was mailed on March 11, 2005, postage prepaid, to:

Wilmer Gay
Inmate AF 2709
State Correctional Institution - Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL

BY:  /s/ Patrick J. McMonagle
    Patrick J. McMonagle
    Deputy Attorney General
    Identification No. 83890

Office of Attorney General                Susan J. Forney
21 S. 12th Street, 3rd Floor              Chief Deputy Attorney General
Philadelphia, PA  19107-3603              Chief, Litigation Section
Telephone No. (215) 560-2933