IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
|     Defendants | : | |

### ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Plaintiff's Motion for Joinder of Persons Needed for Just Adjudication, and Major Mooney's Response thereto, it is hereby ORDERED that Plaintiff's Motion for Joinder is DENIED.

                              BY THE COURT:

                              _____
                              NORMA L. SHAPIRO,    S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
| Defendants | : | |

**RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR JOINDER OF PERSONS NEEDED FOR JUST ADJUDICATION**

Defendant Mooney opposes Plaintiff's Motion for Joinder, incorporates by reference plaintiff's first amended complaint, the Commonwealth defendants' Motion to Dismiss, and this Court's Opinion and Order dated March 1, 2005, and states the following in support of his Response in Opposition:

Plaintiff has no claim against Mr. Yarnell.  *See* Amended Complaint at ¶¶ 170-174 (wherein plaintiff states that he filed a grievance against Mr. Yarnell on behalf of kitchen workers and that he never worked under Mr. Yarnell, or in the food preparation area, as evidenced by the fact that he had to consult another inmate to find out what the kitchen area even looked like).  Thus, plaintiff's claim that Mr. Yarnell "DEPRIVED plaintiff of rights, privileges and immunities secured by the Constitution and Laws of the United States", is patently frivolous.

Also, Mr. Yarnell's absence as a party will not affect complete relief in the event that plaintiff succeeds at trial.  The only claim left in this case is the claim that defendant Mooney wrote a false misconduct

because plaintiff had testified previously at another inmate's trial. Mr. Yarnell, the food services manager, has nothing to do with this or any remedy for it. His joinder will just complicate the litigation of the claim against Mooney.

    Accordingly, Plaintiff's Motion for Joinder should be DENIED as set forth in the proposed Order.

                                                    THOMAS W. CORBETT, JR.
                                                    ATTORNEY GENERAL

                            BY:  /s/ Patrick J. McMonagle
                                     Patrick J. McMonagle
                                     Deputy Attorney General
                                     Identification No. 83890

Office of Attorney General          Susan J. Forney
21 S. 12th Street, 3rd Floor         Chief Deputy Attorney General
Philadelphia, PA  19107-3603       Chief, Litigation Section
Telephone No. (215) 560-2933
Fax:  (215) 560-1031

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY,<br>      Plaintiff | : | CIVIL ACTION |
| v. | : | |
| ROBERT D. SHANNON, et al.,<br>      Defendants | : | NO. 02-CV-4693 |

**CERTIFICATE OF SERVICE**

      I, Patrick J. McMonagle, Deputy Attorney General, hereby certify that a true and correct copy of the Commonwealth Defendant's Response in Opposition to Plaintiff's Motion for Joinder was filed electronically and is available for viewing and downloading from the ECF system as of March 25, 2005. I further certify that a true and correct copy of said document was mailed on March 25, 2005:

Wilmer Gay
Inmate AF-2709
State Correctional Institution - Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

                                                              THOMAS W. CORBETT, JR.
                                                              ATTORNEY GENERAL

                                         BY:   <u>/s/ Patrick J. McMonagle</u>
                                                             Patrick J. McMonagle
                                                              Deputy Attorney General
                                                              Identification No. 83890

| | |
|---|---|
| Office of Attorney General | Susan J. Forney |
| 21 S. 12th Street, 3rd Floor | Chief Deputy Attorney General |
| Philadelphia, PA  19107-3603 | Chief, Litigation Section |
| Telephone No. (215) 560-2933 | |
| Fax:  (215) 560-1031 | |