IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
|     Defendants | : | |

## **ORDER**

AND NOW, this         day of         , 2005, upon consideration of Plaintiff's Motion for Reconsideration of this Court's March 1, 2005 Order, and Major Mooney's Response thereto, it is hereby ORDERED that Plaintiff's Motion for Reconsideration is DENIED.

BY THE COURT:

_____
NORMA L. SHAPIRO,      S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO.  02-CV-4693 |
|     Defendants | : | |

### RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION

Defendant Mooney opposes Plaintiff's Motion for Reconsideration, incorporates by reference the Commonwealth defendants' Motion to Dismiss, and this Court's Opinion and Order dated March 1, 2005, and states the following in support of his Response in Opposition to Reconsideration:

**I.   ARGUMENT**

    **A.   Plaintiff's Motion for Reconsideration appears to be Untimely**

"Any motion to alter or amend a judgment shall be filed no later than 10 days after entry of the judgment."  Fed.R.Civ.P. 59(e).  Plaintiff moves this Court to reconsider its Order dated March 1, 2005.  Plaintiff alleges that the Order was entered March 3, 2005.  Plaintiff's Motion for Reconsideration is dated March 14, 2005.  Plaintiff's Motion appears to be untimely.

    **B.   Plaintiff's Motion for Reconsideration is meritless**

A motion for reconsideration is meritorious if there is: (i) new evidence not previously available; (ii) an intervening change in controlling law; or (iii) a need to correct a clear error of law

> or to prevent a manifest injustice. *See General Instrument Corp. of Delaware v. Nu-Tek Elecs. & Mfg., Inc.*, 3 F.Supp.2d 602, 606 (E.D.Pa. 1998), *aff'd*, 197 F.3d 83 (3d Cir. 1999); *see also Evans v. United States*, 173 F.Supp. 2d 234, 335 (E.D.Pa. 2001); *Environ Prods., Inc. v. Total Containment, Inc.*, 951 F.Supp. 57, 62 n.* (E.D.Pa. 1996); *Cohen v. Austin*, 869 F.Supp. 320, 321 (E.D.Pa. 1994). "Because federal courts have a strong interest in the finality of judgments, motions for reconsideration should be granted sparingly." *Continental Cas. Corp. v. Diversified Indus., Inc.*, 884 F.Supp. 937, 943 (E.D.Pa. 1995). A general dissatisfaction with the court's ruling is not a valid ground for granting a motion for reconsideration. *See, e.g., U.S. v. Phillips*, 2001 WL 527810, at *1 (E.D.Pa. May 17, 2001) (a difference of opinion with the court is not an appropriate ground for granting reconsideration).

*Johnson v. Knorr*, 2003 WL 22657125, at *1 (E.D.Pa. October 28, 2003).

Plaintiff simply reiterates his dismissed claims, cites the standard of review, and concludes that this Court abused its discretion and committed a clear error of law in dismissing them. In support of his assertions, he offers nothing more than his opinion.

## II.  CONCLUSION

Accordingly, Plaintiff's Motion for Reconsideration should be DENIED as set forth in the proposed Order.

                                                    THOMAS W. CORBETT, JR.
                                                    ATTORNEY GENERAL

                                    BY:  /s/ Patrick J. McMonagle
                                                Patrick J. McMonagle
                                                Deputy Attorney General
                                                Identification No. 83890

| | |
|---|---|
| Office of Attorney General | Susan J. Forney |
| 21 S. 12th Street, 3rd Floor | Chief Deputy Attorney General |
| Philadelphia, PA  19107-3603 | Chief, Litigation Section |
| Telephone No. (215) 560-2933 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
|     Defendants | : | |

**CERTIFICATE OF SERVICE**

I, Patrick J. McMonagle, Deputy Attorney General, hereby certify that a true and correct copy of the Commonwealth Defendant's Response in Opposition to Plaintiff's Motion for Reconsideration was filed electronically and is available for viewing and downloading from the ECF system as of March 25, 2005. I further certify that a true and correct copy of said document was mailed on March 25, 2005:

Wilmer Gay
Inmate AF-2709
State Correctional Institution - Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

                                                    THOMAS W. CORBETT, JR.
                                                    ATTORNEY GENERAL

                                      BY:   <u>/s/ Patrick J. McMonagle</u>
                                                       Patrick J. McMonagle
                                                       Deputy Attorney General
                                                       Identification No. 83890

Office of Attorney General           Susan J. Forney
21 S. 12th Street, 3rd Floor           Chief Deputy Attorney General
Philadelphia, PA  19107-3603       Chief, Litigation Section
Telephone No. (215) 560-2933
Fax:  (215) 560-1031