## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILMER B. GAY,** | : | |
| **Plaintiff** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **VINCENT MOONEY and** | : | **02-4693** |
| **WILLIAM FULMER** | : | |
| **Defendants** | | |

And now, this __30th__ day of March, 2005, upon consideration of plaintiff's Motion for Reconsideration of this Court's March 1, 2005 Order (Paper #56), and Major Mooney's Response thereto (Paper #59), and after a determination that there is no new evidence or change in controlling law, and no need to correct a clear error of law or fact to prevent a manifest injustice, it is **ORDERED** that plaintiff's Motion for Reconsideration (Paper #56) is **DENIED.**


/s/ Norma Shapiro

Norma L. Shapiro, S.J.