IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY,<br>      Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VINCENT MOONEY and<br>WILLIAM FULMER<br>      Defendants | : <br> : | 02-4693 |

And now, this  30th  day of March, 2005, upon consideration of plaintiff's Motion for Joinder of Persons Needed for Just Adjudication (Paper #57), and defendant Mooney's response thereto (Paper #58), it is **ORDERED** that plaintiff's Motion for Joinder (Paper #57) is **DENIED** for the reasons stated in defendant Mooney's response.

/s/ Norma Shapiro

Norma L. Shapiro, S.J.