IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
| Defendants | : | |

## ORDER

AND NOW, this         day of              , 2005, upon consideration of Plaintiff's second Motion for Reconsideration of this Court's March 1, 2005 Order, and Major Mooney's Response thereto, it is hereby ORDERED that Plaintiff's second Motion for Reconsideration is DENIED.

BY THE COURT:

_____
NORMA L. SHAPIRO,       S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO.  02-CV-4693 |
|     Defendants | : | |

**RESPONSE IN OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR RECONSIDERATION OF THIS COURT'S MARCH 1, 2005 ORDER**

Defendant Mooney opposes Plaintiff's second Motion for Reconsideration of this Court's March 1, 2005 Order, and incorporates by reference the Commonwealth defendants' Motion to Dismiss, this Court's Opinion and Order dated March 1, 2005, Major Mooney's Response in Opposition to Plaintiff's first Motion for Reconsideration, and this Court's March 30, 2005 Order denying plaintiff's Motion for Reconsideration, in support of his Response in Opposition.

Accordingly, Plaintiff's second Motion for Reconsideration should be DENIED as set forth in the proposed Order.

                                                      THOMAS W. CORBETT, JR.
                                                      ATTORNEY GENERAL

                                  BY:  /s/ Patrick J. McMonagle
                                              Patrick J. McMonagle
                                              Deputy Attorney General
                                              Identification No. 83890

| | |
|---|---|
| Office of Attorney General | Susan J. Forney |
| 21 S. 12th Street, 3rd Floor | Chief Deputy Attorney General |
| Philadelphia, PA  19107-3603 | Chief, Litigation Section |
| Telephone No. (215) 560-2933 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

I, Patrick J. McMonagle, Deputy Attorney General, hereby certify that a true and correct copy of the Commonwealth Defendant's Response in Opposition to Plaintiff's second Motion for Reconsideration was filed electronically and is available for viewing and downloading from the ECF system as of May 16, 2005. I further certify that a true and correct copy of said document was mailed on May 17, 2005:

Wilmer Gay
Inmate AF-2709
State Correctional Institution - Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

             THOMAS W. CORBETT, JR.
             ATTORNEY GENERAL

         BY: /s/ Patrick J. McMonagle
             Patrick J. McMonagle
             Deputy Attorney General
             Identification No. 83890

| | |
|---|---|
| Office of Attorney General | Susan J. Forney |
| 21 S. 12th Street, 3rd Floor | Chief Deputy Attorney General |
| Philadelphia, PA 19107-3603 | Chief, Litigation Section |
| Telephone No. (215) 560-2933 | |
| Fax: (215) 560-1031 | |