IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
| Defendants | : | |

# ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Plaintiff's Motion to Reinstate Motion to Compel Discovery, and Major Mooney's Response thereto, it is hereby ORDERED that Plaintiff's Motion to Compel is granted in part and denied in part. Major Mooney will respond to the discovery requests – which deal only with the issues that remain in this case – by June 2, 2005. Plaintiff's Motion to Reinstate Motion to Compel discovery responses pertaining to issues previously dismissed by this Court's Memorandum and Order dated March 1, 2005 is denied.

BY THE COURT:

_____
NORMA L. SHAPIRO,    S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
|     Defendants | : | |

## RESPONSE TO PLAINTIFF'S MOTION TO REINSTATE MOTION TO COMPEL DISCOVERY

Defendant Mooney does not oppose Plaintiff's Motion to Reinstate Motion to Compel responses to discovery requests pertaining to the issues which remain in this case after this Court's March 1, 2005 Memorandum and Order dismissing the majority of plaintiff's claims.[1] To the extent that plaintiff requests discovery no longer relevant to the pending claim(s), Major Mooney opposes Plaintiff's Motion to Reinstate Motion to Compel. Accordingly, Plaintiff's Motion to Reinstate Motion to Compel should be granted in part and denied in part as set forth in the proposed Order.

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL

BY: /s/ Patrick J. McMonagle
     Patrick J. McMonagle
     Deputy Attorney General
     Identification No. 83890

Office of Attorney General         Susan J. Forney
21 S. 12th Street, 3rd Floor         Chief Deputy Attorney General
Philadelphia, PA  19107-3603      Chief, Litigation Section

---

[1] Plaintiff's first and second Motions to Reconsider this Court's March 1, 2005 Memorandum and Order are presently pending.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO.  02-CV-4693 |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Patrick J. McMonagle, Deputy Attorney General, hereby certify that a true and correct copy of the Commonwealth Defendant's Response to Plaintiff's Motion to Reinstate Motion to Compel Discovery was filed electronically and is available for viewing and downloading from the ECF system as of May 19, 2005.  I further certify that a true and correct copy of said document was mailed on May 20, 2005:

Wilmer Gay
Inmate AF-2709
State Correctional Institution - Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

              THOMAS W. CORBETT, JR.
              ATTORNEY GENERAL

          BY: /s/ Patrick J. McMonagle
              Patrick J. McMonagle
              Deputy Attorney General
              Identification No. 83890

Office of Attorney General    Susan J. Forney
21 S. 12th Street, 3rd Floor    Chief Deputy Attorney General
Philadelphia, PA  19107-3603  Chief, Litigation Section
Telephone No. (215) 560-2933
Fax:  (215) 560-1031