IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Plaintiff's Motion for Stay of Court's Order Dated March 14, 2005 (PRETRIAL DISCOVERY/MEMORANDUM) Pending Disposition of Plaintiff's Motions for Reconsideration and Motion to Compel Discovery, and Major Mooney's Response thereto, it is hereby ORDERED that Plaintiff's Motion for Stay is granted.  Discovery is stayed pending disposition of Plaintiff's pending motions and a new scheduling order will be issued thereafter.

BY THE COURT:

_____
NORMA L. SHAPIRO,         S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
| Defendants | : | |

**RESPONSE TO PLAINTIFF'S MOTION TO STAY SCHEDULING ORDER PENDING DISPOSITION OF OUTSTANDING MOTIONS**

Defendant Mooney does not oppose Plaintiff's Motion to Stay this Court's March 14, 2005 Scheduling Order pending disposition of his outstanding motions.

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL

BY: /s/ Patrick J. McMonagle
Patrick J. McMonagle
Deputy Attorney General
Identification No. 83890

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY,<br>      Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al.,<br>      Defendants | : | NO. 02-CV-4693 |

## CERTIFICATE OF SERVICE

I, Patrick J. McMonagle, Deputy Attorney General, hereby certify that a true and correct copy of the Commonwealth Defendant's Response to Plaintiff's Motion to Stay was filed electronically and is available for viewing and downloading from the ECF system as of May 19, 2005. I further certify that a true and correct copy of said document was mailed on May 20, 2005:

Wilmer Gay
Inmate AF-2709
State Correctional Institution - Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

                                              THOMAS W. CORBETT, JR.
                                              ATTORNEY GENERAL

                                  BY:  /s/ Patrick J. McMonagle
                                              Patrick J. McMonagle
                                              Deputy Attorney General
                                              Identification No. 83890

| | |
|---|---|
| Office of Attorney General | Susan J. Forney |
| 21 S. 12th Street, 3rd Floor | Chief Deputy Attorney General |
| Philadelphia, PA  19107-3603 | Chief, Litigation Section |
| Telephone No. (215) 560-2933 | |
| Fax:  (215) 560-1031 | |