IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | |
| **Plaintiff** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VINCENT MOONEY, | : | No. 02-4693 |
| WILLIAM FULMER | : | |
| **Defendants** | : | |

AND NOW, this  19th  day of May, 2005, upon consideration of plaintiff's second Motion for Reconsideration and Relief (Paper #62) of the March 01, 2001 order (Paper #51) granting in part and denying in part defendants' Motion to Dismiss; plaintiff's second Motion for Joinder (also filed as Paper #62); and defendant Vincent Mooney's responses thereto (Papers # 65, 66), it is **ORDERED** that plaintiff's Motion for Reconsideration and Relief (Paper #62) is **DENIED** for the reasons set forth in the March 30, 2005 Order (Paper #60) and Plaintiff's Motion for Joinder (Paper #62) is **DENIED** for the reasons set forth in the March 30, 2005 Order (Paper #61).

/s/ Norma Shapiro

Norma L. Shapiro, S.J.