IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
| Defendants | : | |

**RESPONSE TO PLAINTIFF'S MOTION REQUESTING EXTENSION OF TIME TO [REPLY] TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR RECONSIDERATION**

In response to plaintiff's Motion Requesting Extension of Time to Reply, Defendant Mooney denies any factual allegations not previously admitted and notes that, in his Response, Mooney merely incorporated by reference documents that were already of record and in plaintiff's possession. Nonetheless, Major Mooney does not oppose plaintiff's motion for extension.

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL

BY: /s/ Patrick J. McMonagle
Patrick J. McMonagle
Deputy Attorney General
Identification No. 83890

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Telephone No. (215) 560-2933

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Patrick J. McMonagle, Deputy Attorney General, hereby certify that a true and correct copy of the Commonwealth Defendant's Response to Plaintiff's Motion Requesting Extension to [Reply] was filed electronically and is available for viewing and downloading from the ECF system as of May 25, 2005. I further certify that a true and correct copy of said document was mailed on May 25, 2005:

Wilmer Gay
Inmate AF-2709
State Correctional Institution - Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

                                                  THOMAS W. CORBETT, JR.
                                                  ATTORNEY GENERAL

                                     BY: /s/ Patrick J. McMonagle
                                                  Patrick J. McMonagle
                                                  Deputy Attorney General
                                                  Identification No. 83890

| | |
|---|---|
| Office of Attorney General | Susan J. Forney |
| 21 S. 12th Street, 3rd Floor | Chief Deputy Attorney General |
| Philadelphia, PA 19107-3603 | Chief, Litigation Section |
| Telephone No. (215) 560-2933 | |
| Fax: (215) 560-1031 | |