IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | |
| **Plaintiff** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VINCENT MOONEY, | : | No. 02-4693 |
| WILLIAM FULMER | : | |
| **Defendants** | : | |

AND NOW, this __25th__ day of May, 2005, it appearing that:

a.  plaintiff's second Motion for Reconsideration and Relief (Paper #62) was denied by order of May 19, 2005 (Paper #69), and;
b.  plaintiff's Motion to Reinstate and Compel Discovery (Paper #63) has been denied in part and granted in part by order of May 24, 2005 (Paper #70);

it is **ORDERED** that plaintiff's Motion for Stay (Paper #64) of the Court's Order Dated March 14, 2005 (Pretrial Discovery/Memorandum) Pending Disposition of (Papers #62 and 63) is **DENIED** as moot.

/s/ Norma Shapiro

Norma L. Shapiro, S.J.