IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | |
| **Plaintiff** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| VINCENT MOONEY, | : | No. 02-4693 |
| WILLIAM FULMER | : | |
| **Defendants** | : | |

AND NOW, this 27th day of May, 2005, upon consideration of Plaintiff's Motion Requesting Extension of Time to Reply To Defendant's Response to Plaintiff's Second Motion for Reconsideration of this Court's March 1, 2005 Order, it is **ORDERED** that Plaintiff's Motion Requesting Extension of Time to Reply (Paper #72) is **DENIED** as moot because the court denied his second Motion for Reconsideration on May 19, 2005 (Paper #69).

/s/ Norma Shapiro
_____
Norma L. Shapiro, S.J.