IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VINCENT MOONEY, | : | No. 02-4693 |
| WILLIAM FULMER, | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 17th day of June, 2005, upon consideration of plaintiff's Motion for Reconsideration and to Reinstate the Motion for Stay (Paper #76), and defendant Mooney's response thereto (Paper # 79), and after a determination that:

    a.    A motion for reconsideration must be filed within ten (10) days, and the Federal Rules of Civil Procedure do not contemplate multiple motions.

    b.    Disagreement with a court's decision normally should be raised through the appellate process. Bermingham v. Sony Corp. of America, Inc., 820 F.Supp. 834, 859 n. 8 (D.N.J. 1992), aff'd, 37 F.3d 1485 (3d Cir.1994)).

    c.    A party should not restate arguments which the court has already considered. see NL Industries, Inc. v. Commercial Union Ins. Co., 935 F.Supp. 513, 516 (D.N.J.1996);

    d.    Reconsideration motions "will be granted only where (1) an intervening change in the law has occurred, (2) new evidence not previously available has emerged, or (3) the need to correct a clear error of law or prevent a manifest injustice arises." North River Ins. Co. v. CIGNA Reinsurance Co., 52 F.3d 1194, 1218 (3d Cir.1995)).

It is **ORDERED** that:

1. Plaintiff's Motion (Paper #76) is **DENIED**.

2. Plaintiff shall file no additional Motions to Reconsider pertaining to this order or previous orders in this action.

/s/ Norma Shapiro

_____
Norma L. Shapiro, S.J.