IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VINCENT MOONEY, | : | No. 02-4693 |
| WILLIAM FULMER, | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 20th day of June, 2005, upon consideration of plaintiff's Motion for Judicial Notice of Video Deposition Convened June 10, 2005 (Paper #77), and defendant Mooney's response thereto (Paper #78), and it appearing that

(a.) a copy of the deposition transcript will be attached to defendant Mooney's summary judgment motion and

(b) defendant Mooney will be required to provide the original copy of plaintiff's "kitchen area sketch," if the case proceeds to trial,

it is **ORDERED** that plaintiff's Motion (Paper #77) is **DENIED** as moot.

/s/ Norma Shapiro

Norma L. Shapiro, S.J.