IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | |
| **Plaintiff** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VINCENT MOONEY, | : | No. 02-4693 |
| WILLIAM FULMER, | : | |
| **Defendants** | : | |

**ORDER**

AND NOW, this __14th__ day of July, 2005, upon consideration of plaintiff's "Motion to Reinstate Motion to Compel Answers to Interrogatories and for Production of Documents that was Filed January 9, 2004 and For Extension of Court's Order Dated 5/27/05 Therein Directing That Parties Must Complete All Discovery By June 20, 2005" (Paper #79) and the response thereto; and plaintiff's "Motion to Compel Answers to Interrogatories, Production of Documents - Filed March 21, 2005" (Paper #85) and the response thereto; and it appearing that the court has ruled on the issues raised in plaintiff's motions by order of July 13, 2005, (Paper #89), it is **ORDERED** plaintiff's motions (Papers #79 and #85) are denied as moot.

Norma L. Shapiro, S.J.

_____
Norma L. Shapiro, S.J.