IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO.  02-CV-4693 |
| Defendants | : | |

## ORDER

AND NOW, this          day of               , 2005, upon

consideration of Plaintiff's Second Motion to Compel Response to July

13, 2005 Order, and Major Mooney's Response thereto, it is hereby

ORDERED that Plaintiff's motion is DENIED.


BY THE COURT:


_____

NORMA L. SHAPIRO,       S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO.  02-CV-4693 |
| Defendants | : | |

## RESPONSE TO PLAINTIFF'S SECOND MOTION TO COMPEL RESPONSE TO JULY 13, 2005 ORDER

Defendant Mooney incorporates by reference his response to Plaintiff's prior motions to compel, denies any factual allegations not previously admitted, and states the following in response to plaintiff's Second Motion to Compel Response to the July 13, 2005 Order:

The basis for plaintiff's latest discovery motion is unclear.  He appears to repeat dismissed claims and question the credibility of the documents that he admits that he received in response to this Court's July 13, 2005 Order.  The fact that he does not agree with the content of the discovery responses does not mean that the defense did not comply with this Court's July 13, 2005 Order.

Moreover, in reference to ¶ 5 of plaintiff's latest motion, plaintiff's complaint is unclear.  Plaintiff acknowledges that he requested the report filed by defendant Mooney on February 12, 2001 and that this Court directed defendant to provide an additional copy of the report.  Plaintiff also admits that defendant Mooney provided plaintiff with just that: the report filed by defendant Mooney on February 12, 2001.  The fact that

the box "Other" was checked, rather than the box "Misconduct", is

irrelevant.  Again, plaintiff's complaint is unclear.

Finally, plaintiff attaches an additional interrogatory to his motion,

requesting the names of the inmates who worked in the kitchen.

Defendant Mooney will not be able to obtain this information for the

same reason he stated that he was unable to obtain the names of the

inmates who worked in the property room:

*The lieutenant in charge of the property room on that day was Lt. Joseph*
*Lencovich.  Sergeant Arthur Meyers and Corrections Officer Paul Kingston*
*were also on duty.  However, the Inmate Employment Office is unable to*
*determine what inmates were employed, throughout the Institution, at the*
*time.  Accordingly, it cannot be determined what inmates, if any, were*
*working in the property room on that particular day.*

Accordingly, Plaintiff's Motion to Compel should be DENIED.

> THOMAS W. CORBETT, JR.
> ATTORNEY GENERAL
>
> BY:   /s/ Patrick J. McMonagle
> Patrick J. McMonagle
> Deputy Attorney General
> Identification No. 83890

Office of Attorney General          Susan J. Forney
21 S. 12th Street, 3rd Floor        Chief Deputy Attorney General
Philadelphia, PA  19107-3603        Chief, Litigation Section
Fax:  (215) 560-1031

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO.  02-CV-4693 |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Patrick J. McMonagle, Deputy Attorney General, hereby certify

that a true and correct copy of the Commonwealth Defendant's Response

to Plaintiff's Second Motion to Compel Response to the July 13, 2005

Order was filed electronically and is available for viewing and

downloading from the ECF system as of June 21, 2005.  I further certify

that a true and correct copy of said document was mailed on June 21,

2005:

Wilmer Gay
Inmate AF-2709
State Correctional Institution - Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL

BY:  /s/ Patrick J. McMonagle
Patrick J. McMonagle
Deputy Attorney General
Identification No. 83890

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603
Telephone No. (215) 560-2933
Fax:  (215) 560-1031

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section