IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
|     Defendants | : | |

**ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of the Defendant's Motion to Stay Pretrial Filings Pending Disposition of the Cross Motions for Summary Judgment, it is hereby ORDERED that said motion is GRANTED. A new scheduling order will be issued after the disposition of both summary judgment motions, if necessary.

BY THE COURT:

_____
NORMA L. SHAPIRO,    S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY,  Plaintiff | : : : | CIVIL ACTION |
| v. | : : | |
| ROBERT D. SHANNON, et al.,  Defendants | : : | NO. 02-CV-4693 |

## DEFENDANT'S MOTION TO STAY PRETRIAL FILINGS PENDING DISPOSITION OF THE SUMMARY JUDGMENT MOTIONS

1. Plaintiff, Wilmer B. Gay, filed a Motion for Summary Judgment on September 21, 2005.

2. Commonwealth defendant, Major Mooney, filed a Cross-Motion for Summary Judgment on October 11, 2005.

3. In the interest of efficiency, defendant now moves this Court to stay pretrial filings pending the disposition of the summary judgment motions, if necessary.

WHEREFORE, defendant respectfully requests this Court to stay pretrial filings until after the disposition of the summary judgment motions, if necessary.

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL

BY: /s/ Patrick J. McMonagle
Patrick J. McMonagle
Deputy Attorney General
Identification No. 83890

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Telephone No. (215) 560-2933

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

      I, Patrick J. McMonagle, Deputy Attorney General, hereby certify that a true and correct copy of the Commonwealth Defendant's Motion to Stay Pretrial Filings Pending Disposition of the Cross Motions for Summary Judgment was filed electronically and is available for viewing and downloading from the ECF system as of October 12, 2005.  I further certify that a true and correct copy of said document was mailed on October 13, 2005:

Wilmer Gay
Inmate AF-2709
State Correctional Institution - Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

                                                   THOMAS W. CORBETT, JR.
                                                   ATTORNEY GENERAL

                               BY:  <u>/s/ Patrick J. McMonagle</u>
                                               Patrick J. McMonagle
                                               Deputy Attorney General
                                               Identification No. 83890

| | |
|---|---|
| Office of Attorney General | Susan J. Forney |
| 21 S. 12th Street, 3rd Floor | Chief Deputy Attorney General |
| Philadelphia, PA  19107-3603 | Chief, Litigation Section |
| Telephone No. (215) 560-2933 | |
| Fax:  (215) 560-1031 | |