# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILMER B. GAY,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **ROBERT D. SHANNON; VINCENT** | : | |
| **MOONEY; MARY CANINO; JEFFREY** | : | |
| **A. BEARD; THOMAS L. JAMES;** | : | |
| **ROBERT S. BITNER; McCUSKER;** | : | |
| **DERRICK WADE; DONALD T. VAUGHN;** | : | |
| **WILLIAM FULMER; BERNIE CUDWODIE;** | : | |
| **ANTHONY L. PETRUCCIA; EDGAR M.** | : | |
| **KNEISS; CAROL M. DOTTER;** | : | |
| **SGT. MEYERS; LT. BRENNAN,** | : | |
| Defendants. | : | NO. 02-4693 |

## JUDGMENT ORDER

AND NOW, this 23rd day of November, 2005, for the reasons set forth in this court's Memorandum and Order dated November 21, 2005, it is **ORDERED** that **JUDGMENT** is entered in favor of defendants Mooney and Fulmer. The Clerk is directed to mark this case **CLOSED**.

/s/ Norma L. Shapiro
S.J.