IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY,           Plaintiff | : : : | CIVIL ACTION |
| v. | : : | |
| ROBERT D. SHANNON, et al.,           Defendants | : : | NO. 02-CV-4693 |

## **ORDER**

AND NOW, this         day of           , 2005, upon consideration of Plaintiff's Motion for Summary Judgment, and Major Mooney's Response thereto, it is hereby ORDERED that Plaintiff's Motion for Summary Judgment is DENIED.

BY THE COURT:

_____
NORMA L. SHAPIRO,       S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
| Defendants | : | |

### RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant Mooney opposes Plaintiff's Motion for Summary Judgment, and incorporates by reference his Cross Motion for Summary Judgment in support of his Response in Opposition.

Accordingly, Plaintiff's Motion for Summary Judgment should be DENIED as set forth in the proposed Order.

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL

BY: /s/ Patrick J. McMonagle
Patrick J. McMonagle
Deputy Attorney General
Identification No. 83890

Office of Attorney General            Susan J. Forney
21 S. 12th Street, 3rd Floor          Chief Deputy Attorney General
Philadelphia, PA  19107-3603          Chief, Litigation Section
Telephone No. (215) 560-2933

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
|     Defendants | : | |

## CERTIFICATE OF SERVICE

I, Patrick J. McMonagle, Deputy Attorney General, hereby certify that a true and correct copy of the Commonwealth Defendant's Response in Opposition to Plaintiff's Motion for Summary Judgment was filed electronically and is available for viewing and downloading from the ECF system as of October 11, 2005. I further certify that a true and correct copy of said document was mailed on October 12, 2005:

Wilmer Gay
Inmate AF-2709
State Correctional Institution - Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

                                                                         THOMAS W. CORBETT, JR.
                                                                        ATTORNEY GENERAL

                                                   BY:   /s/ Patrick J. McMonagle
                                                                            Patrick J. McMonagle
                                                                            Deputy Attorney General
                                                                             Identification No. 83890

| | |
|---|---|
| Office of Attorney General | Susan J. Forney |
| 21 S. 12th Street, 3rd Floor | Chief Deputy Attorney General |
| Philadelphia, PA  19107-3603 | Chief, Litigation Section |
| Telephone No. (215) 560-2933 | |
| Fax:  (215) 560-1031 | |