IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
|     Defendants | : | |

<u>PRAECIPE TO WITHDRAW DEFENDANT MOONEY'S FILING AT DOCKET # 109</u>

Defendant Mooney intended to file a Response in Opposition to Plaintiff's Motion for Reconsideration of this Court's decision to grant summary judgment in Defendant Mooney's favor. However, even though the document filed at Docket # 109 was titled Response in Opposition to Plaintiff's Motion for Reconsideration, it was actually Defendant Mooney's Reply to Plaintiff's Response in Opposition to Mooney's Motion for Summary Judgment, which was filed in October of 2005.

Defendant Mooney has now filed the correct document at Docket # 111. The undersigned apologizes for the error.

                                        THOMAS W. CORBETT, JR.
                                        ATTORNEY GENERAL

                        BY:   <u>/s/ Patrick J. McMonagle</u>
                                  Patrick J. McMonagle
                                  Deputy Attorney General
                                  Identification No. 83890

Office of Attorney General          Susan J. Forney
21 S. 12th Street, 3rd Floor            Chief Deputy Attorney General
Philadelphia, PA 19107-3603        Chief, Litigation Section
Telephone No. (215) 560-2933

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT D. SHANNON, et al., | : | NO. 02-CV-4693 |
| Defendants | : | |

CERTIFICATE OF SERVICE

I, Patrick J. McMonagle, Deputy Attorney General, hereby certify that a true and correct copy of Defendant Mooney's Praecipe to Withdraw the Filing at Docket # 109 was filed electronically and is available for viewing and downloading from the ECF system as of December 21, 2005. I further certify that a true and correct copy of said document was mailed on December 21, 2005:

Wilmer Gay
Inmate AF-2709
State Correctional Institution - Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

                                                                                THOMAS W. CORBETT, JR.
                                                                                ATTORNEY GENERAL

                                              BY:  /s/ Patrick J. McMonagle
                                                                    Patrick J. McMonagle
                                                                    Deputy Attorney General
                                                                    Identification No. 83890

| | |
|---|---|
| Office of Attorney General | Susan J. Forney |
| 21 S. 12th Street, 3rd Floor | Chief Deputy Attorney General |
| Philadelphia, PA 19107-3603 | Chief, Litigation Section |
| Telephone No. (215) 560-2933 | |
| Fax: (215) 560-1031 | |