IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILMER B. GAY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **ROBERT D. SHANNON; VINCENT** | : | |
| **MOONEY; MARY CANINO; JEFFREY** | : | |
| **A. BEARD; THOMAS L. JAMES;** | : | |
| **ROBERT S. BITNER; McCUSKER;** | : | |
| **DERRICK WADE; DONALD T. VAUGHN;** | : | |
| **WILLIAM FULMER; BERNIE CUDWODIE;** | : | |
| **ANTHONY L. PETRUCCIA; EDGAR M.** | : | |
| **KNEISS; CAROL M. DOTTER;** | : | |
| **SGT. MEYERS; LT. BRENNAN** | : | **NO. 02-4693** |

**ORDER**

AND NOW, this 27th day of December, 2005, it appearing that Defendant Mooney has filed a Praecipe to Withdraw Defendant's Mooney's Filing at Docket # 109 as erroneously filed, it is **ORDERED** that Defendant's filing at Docket #109 is deemed **WITHDRAWN.**

　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Norma L. Shapiro　　　　　　

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　S.J.