IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILMER B. GAY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| **ROBERT D. SHANNON et al.** | : | **NO. 02-4693** |

## JUDGMENT

**AND NOW**, this            day of ,                 2007, judgment is hereby entered in favor of defendants Robert D. Shannon, Vincent Mooney, Mary Canino, Jeffrey A. Beard, Thomas L. James, Robert S. Bitner, McCusker, Derrick Wade, Donald Vaughn, Bernie Cudwodie, Anthony L. Petruccia, Edgar M. Kneiss, Carol M. Dotter, Myers, Brennan and against plaintiff Wilmer B. Gay in the amount of $332.05.

S/ Michael E. Kunz
**MICHAEL E. KUNZ**
**CLERK OF COURT**