IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILMER B. GAY | CIVIL ACTION |
| | NO.  02-4693 |
| VS. | |
| ROBERT D. SHANNON, ET AL | |

| | |
|---|---|
| WILMER B. GAY | NO. 03-5358 |
| VS. | |
| CITY OF PHILADELPHIA | |

## ORDER

AND NOW, this 9th day of JULY, 2007, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned cases are reassigned from the calendar of the Honorable Norma L. Shapiro, to the calendar of the Honorable James Knoll Gardner.

FOR THE COURT:

HARVEY BARTLE III
Chief Judge

ATTEST:

 S/ Michael E. Kunz
MICHAEL E. KUNZ
Clerk of Court