# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILMER B. GAY** | **:**    CIVIL ACTION |
| **VS.** | **:** |
| **ROBERT D. SHANNON, et al** | **:**    NO. 02-4693 |

## ORDER

**AND NOW**, this **1ST** Day of **FEBRUARY, 2008**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable James Knoll Gardner to the calendar of the Honorable Edmund V. Ludwig.

FOR THE COURT:

HARVEY BARTLE III
Chief Judge

ATTEST:

 /s/ Michael E. Kunz
MICHAEL E. KUNZ
Clerk of Court