*Please docket per Ludwig*

Wilmer B. Gay, AF-2709
#AF-2709, SCI-Huntingdon
1100 Pike Street
Huntingdon, Pa. 16654-1112

August 6, 2008

Michael E. Kunz, Clerk
Office of the Clerk
U.S. District Court
Eastern District of Pennsylvania
2609 U.S. Courthouse
601 Market Street
Philadelphia, Pa. 19106

Re: Copies of Docket Entries Received At:
E.D.Pa.Civ.Nos. 02-4693 & 03-5358 – X
On 8/1/08 at SCI-Huntingdon

*file*

TO CLERK KUNZ:

This legal correspondence is sent to your Office concerning above subject Docket Numbers and plaintiff acknowledge receipt of his request for copies of said Docket Entries that were received at SCI-Huntingdon and signed for on 8/1/08. Plaintiff makes reference to Docket No. 03-5358, which is irregular and incomplete and ends at pg. 23 of 23, and the last date for an entry is 3/10/05 at No. 84. It should be JUDICIALLY NOTED, cf. Fed.R.Evid. 201(b)(d)(e)(Invoked), i.e., that Plaintiff has been consistently litigating and filing Legal Documents with your Office in connection with "Motion For Disciplinary Proceedings To Be Instituted Against Attorneys Of Record In Above Subject Matter For Misconduct In Office Of Attorney UNDER 42 Pa.C.S.A. § 2522 (Oath of Office) And For Maliciously Violating Rules Of Professional Conduct, Rules 1.7, 1.9, 3.3(a)(1), (a)(2), (a)(3), 3.4(b), 3.5(a), 8.3(a)(b) & 8.4(a)-(f), Pursuant To Local Rules of Civil Procedures, Rule 83.6 (Rules Of Attorney Conduct), Rule IV, V & XII" that was filed 4/16/07 with then Chief Judge James T. Giles and last Legal Documents was filed on 3/20/08 with your Office, i.e., On 1/3/08, Plaintiff filed a "Motion For Reconsideration and for Disqualification of U.S. Judge James Knoll Gardner Etc.," in which said MOTION was allegedly REASSIGNED to U.S. Judge Edmund V. Ludwig by way of another FRAUDULENT ORDER dated 2/1/08, which had a forged/typed name of Chief Judge Harvey Bartle, III affixed thereon without his authorization and attested to by a FACSIMILE RUBBER STAMP SIGNATURE of U.S. Clerk Michael E. Kunz affixed thereon without his authorization and obviously done without his presence in direct violation of 18 U.S.C. § 505. and

It should be further Judicially noted that on March 19, 2008, Plaintiff received another FRAUDULENT DOCUMENT dated 3/14/08 at E.D.Pa. Civ.No. 03-5358 allegedly from U.S. Judge Edmund V. Ludwig, which ORDERED that:

"AND NOW, this 14th day of March, 2008, Plaintiff's Motion
For Reconsideration And to Disqualify Judge James Knoll Gardner
(docket no. 143) is DENIED as MOOT as to disqualification of
Judge Gardner, since this case was reassigned to the undersigned

on February 1, 2008. The motion for reconsideration is denied without prejudice to Plaintiff's refiling a legible copy of the motion by Friday, March 28, 2008."
Of which above quoted ORDER in question has a FACSIMILE RUBBER STAMP SIGNATURE of U.S. Judge Edmumd V. Ludwig affixed thereon without his authorization and obviously done without his presence; that on next day 3/20/08, Plaintiff sent a LEGIBLE COPY of his "Motion For Reconsideration to U.S. Judge Edmund V. Ludwig to which he has not received an appropriate RESPONSE therefrom Judge Ludwig as of this date in time; See "Certificate of Mailing" dated 3/20/08 (PS Form 3817, at No. 0004-225468 annexed hereto and attached thereto Appendix B-3, pg. 15 (Copy of ORDER dated 3/14/08); all of which foregoing "overt affirmative and fraudulent acts" can be plausibly inferred therefrom that "Officers of Court" employed by Defendants named there in § 1983 Complaints at E.D.Pa.Civ.Nos. 02-4693 & 03-5358 have used their PERSONAL INFLUENCE and BRIBED Court Employees assigned to U.S. District Court (E.D.Pa.) to prepare and file FRAUDULENT DOCUMENTS/Court ORDER(S) with forged/typed name of Chief Judge Harvey Bartle, III, affixed thereon those FRAUDULENT ORDER(S) and ATTESTED TO with a FACSIMILE RUBBER STAMP SIGNATURE of U.S. Clerk Michael E. Kunz without his authorization and obviously done without his presence, including preparing and filing a FRAUDULENT DOCUMENT/ Court ORDER dated 3/14/08 at E.D.Pa.Civ.No. 03-5358 with a FACSIMILE RUBBER STAMP SIGNATURE of U.S. Judge Edmund V. Ludwig affixed thereon without his authorization and obviously done without his presence in direct violation of 18 U.S.C. § 505, * * * in which ORDER dated 3/14/08 does not appear on Docket Sheet at E.D.Pa.Civ.No. 03-5358 that Plaintiff received from your Office on 8/1/08 and signed for at SCI-Huntingdon on CA-Block and paid for the sum of $5.00 for both Docket Sheets at E.D. Pa.Civ.Nos. 02-4693 & 03-5358. (See Receipt No. 401-112587, Check No. 99131, Tue July 22, 2008).

Wherefore, pursuant to the above described and complained of IRREGULARITIES during proceedings at E.D.Pa.Civ.Nos. 02-4693 & 03-5358 that constitute FRAUD being perpetrated upon the Court and in presence of the Court within the meaning of Fed.R.Civ.P. 60(b)(3) and 18 U.S.C. §§ 201, 401, 505, 1001, 1018, 1503, 1581, 1621 & 1961, respectively, and that such outrageous conduct is clearly in direct violation of U.S. Clerk Michael E. Kunz 28 U.S.C. § 951 MINISTERIAL/MANDATORY DUTIES in Public Office and has DEPRIVED Plaintiff herein of his SUBSTANTIVE DUE PROCESS and FACILITATIVE RIGHTS OF COURT ACCESS to Chief Judge Harvey Bartle, III, to correct the MALICIOUS FRAUD and DECEIT being ongoingly perpetrated upon the Court and in presence of Court during § 1983 proceedings at E.D.Pa.Civ.Nos. 02-4693 & 03-5358.

May Plaintiff thank you now for your given consideration in this matter of utmost importance to obtaining his "human liberty" and his Constitutional/Facilitative Right of Court Access to redress his Grievance(s) by Petition to those invested with Powers of Government, and may he look forward to a speedy reply.

Respectfully submitted,

*Wilmer B. Gay*, pro se

cc:file
   Harvey Bartle, III, Chief Judge
 *Edmund V. Ludwign, U.S. Judge
 *U.S. Senate Judiciary Committee
   Washington, D.C. 20510

PAGE 2

*Appendix "B-3"*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER B. GAY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 03-5358 |
| CITY OF PHILADELPHIA, et al. | : | |

MAR 17 2008

## ORDER

AND NOW, this 14th day of March, 2008, plaintiff's motion for reconsideration and to disqualify Judge James Knoll Gardner (docket no. 143) is denied as moot as to disqualification of Judge Gardner, since this case was reassigned to the undersigned on February 1, 2008. The motion for reconsideration is denied without prejudice to plaintiff's refiling a legible copy of the motion by Friday, March 28, 2008.

BY THE COURT:

_____
Edmund V. Ludwig, J.

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From: Wilmer B. Gay, AF-2709
SCI Huntingdon, 1100 Pike St.
Huntingdon, Pa. 16654-1112
*Motion For Reconsideration dated 1/3/08 at E.D. Pa. Civ. No. 03-5358

One piece of ordinary mail addressed to:
U.S. Judge Edmund V. Ludwig
U.S. District Ct., E.D. Pa.,
12614 U.S. Cth., 601 Market St.
Philadelphia, Pa. 19106

PS Form 3817, January 2001

$01.05° MAR 21 2008 PITNEY BOWES

15